UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

CYNTHIA BARINAH,

Defendant.

19-cr-924 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for another conference on **January 31, 2020** at **12 P.M.**

Because a continuance is needed to assure the effective assistance of counsel and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **December 20, 2019**, until **January 31, 2020**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: New York, New York
December 20, 2019

John G. Koeltl
United States District Judge