**LAW OFFICE OF ELLIOT H. FULD**
930 GRAND CONCOURSE, SUITE 1G
BRONX, NEW YORK 10451
PHONE: (718) 410-4111   FAX: (718) 410-4884
EMAIL: EHFULD@FULDLAWOFFICES.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY...

11/20/2020

ELLIOT H. FULD
JUDAH FULD
ADMITTED TO N.Y. & N.J. BAR

NEW JERSEY OFFICE
242 SUNSET AVENUE
ENGLEWOOD, N.J. 07631

FILED BY ECF

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
11/20/20

November 18, 2020

Hon. John G. Koetl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Cynthia Barimah**
       **19-CR-00924**

Dear Judge Koetl:

I represent the Defendant in this matter.

Ms. Barimah is presently at liberty pursuant to a bond filed with the court with the restrictions of electronic monitoring.

Because of her numerous medical issues, the defendant is required to visit many doctors on many days requiring her to constantly request a block of time from her pre-trial officer to visit these providers.

I, Pre-Trial Officer Lea Harmon and AUSA Sam Raymond all agree that it would better suit the defendant's needs, Pre-Trial's time and the court's bail conditions, if the defendant was permitted to leave the home every day from 8:00 AM to 8:00 PM and have a curfew of 8:00 PM every day with GPS monitoring during that time.

We request that you order this change, on consent of all parties.

Very truly yours,

ELLIOT H. FULD