UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

CYNTHIA BARIMAH,
                      Defendant.
------------------------------------------------------------X

19 cr 924 (JGK)

AMENDED ORDER

At the sentencing hearing, the Court indicated its intent to include nine months home confinement as a condition of supervised release. However, in announcing the sentence, the Court did not include that condition. Pursuant to Federal Rule of Criminal Procedure 35(a), the Court intends to include in the Judgment the following condition of supervised release:

"The defendant shall be subject to nine months home confinement with location monitoring, to begin on a date specified by the Probation Officer, with the ability to leave for purposes of medical visits for the defendant and her spouse, as well as for any other purposes approved by the Probation Officer."

The parties shall inform the Court by March 10, 2021, if there are any objections.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         March 8, 2021