UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

CYNTHIA BARIMAH,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PROPOSED ORDER OF RESTITUTION

19 Cr. 924 (JGK)

Upon the application of the United States of America, by its attorney, AUDREY STRAUSS, United States Attorney for the Southern District of New York, Samuel Raymond, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Information; and all other proceedings in this case, and upon the consent of CYNTHIA BARIMAH, the Defendant, by and through her counsel Elliot Fuld, Esq., and upon the consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

CYNTHIA BARIMAH, the Defendant, shall pay restitution in the total amount of $180,000.00 to New York City Human Resources Administration/Department of Social Services, 150 Greenwich Street, New York, NY 10007, the victim of the offense charged in Count One of the Information. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of the Court.

Dated: New York, New York
       March 4, 2021

SO ORDERED:

_____
HONORABLE JOHN G. KOELTL
UNTIED STATES DISTRICT JUDGE