# LAW OFFICE OF ELLIOT H. FULD

930 GRAND CONCOURSE, SUITE 1G
BRONX, NEW YORK 10451
PHONE: (718) 410-4111   FAX: (718) 410-4884
EMAIL: EHFULD@FULDLAWOFFICES.COM

ELLIOT H. FULD

ADMITTED TO N.Y. & N.J. BAR

NEW JERSEY OFFICE
242 SUNSET AVENUE
ENGLEWOOD, N.J. 07631

FILED BY ECF

June 9, 2021

Honorable John G. Koetl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Cynthia Barimah**
      **Case No: 19 CR 00924**

Dear Judge Koetl:

Attached is a letter that the Defendant received from the Department of Homeland Security, requiring Ms. Barimah to appear on June 22, 2021 to "collect biometrics" and, for that purpose, requiring her to bring photo identification.

The Defendant's only photo identification is her passport which is presently in the possession of Pre-Trial and/or the Department of Probation.

We request that you issue an order allowing the agency that possesses her passport to release it to her or one of her daughters on June 21, 2021 for that appointment with the proviso that she or someone on her behalf return the passport on June 23, 2021.

Thank you.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06·10·2021

Application granted.
So ordered.
[signature] 6/Koeld
6/10/21   U.S.D.J.

Very truly yours,

ELLIOT H. FULD

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

19-06644

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| ASC Appointment Notice | CASE TYPE<br>I730 - REFUGEE ASYLEE RELATIVE PETITION | | NOTICE DATE<br>05/29/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>SRC2117650247 | | USCIS A#<br>A079 113 412 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>TSC | PAGE<br>1 of 2 |

CYNTHIA ACHIAA BARIMAH
c/o KERRY WILLIAM BRETZ
BRETZ COVEN LLP
305 BROADWAY STE 100
NEW YORK NY 10007



**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| APPLICATION SUPPORT CENTER<br>USCIS BRONX<br>1827 Westchester Avenue<br>Bronx NY 10472 | DATE AND TIME OF APPOINTMENT<br>06/22/2021<br>10:00AM |
|---|---|

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring all notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit: https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

**REQUESTS TO RESCHEDULE/SPECIAL HANDLING**

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

APPLICATION NUMBER
I730- SRC2117650247



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19